UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROLAND G. WILLIAMS,

    Plaintiff,

  v.

ANNIE WRIGHT SCHOOL,

    Defendant.

Case No. C09-5012FDB

ORDER OF DISMISSAL

Leave to proceed *in forma pauperis* was denied to Plaintiff by Order of February 2, 2009, and he was ordered to pay the filing fee by February 27, 2009; failure to do so, would result in dismissal. The docket in this case reveals that the filing fee has not been paid. NOW, THEREFORE,

IT IS ORDERED: this cause of action is DISMISSED for failure of Plaintiff to pay the filing fee.

DATED this 2nd day of March, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1