# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROLAND G WILLIAMS,

    PLAINTIFF

       v.

ANNIE WRIGHT SCHOOL,

    DEFENDANT

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5012FDB

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This cause of action is **DISMISSED** for failure of Plaintiff to pay the filing fee.

  March 3, 2009

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
Deputy Clerk